UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No. 5:21-CV-102

| | |
|---|---|
| **TIFFANY MICHELLE PAXTON**<br><br>**Plaintiff,**<br><br>v.<br><br>**LVNV FUNDING, LLC, and JACOB LAW GROUP, PLLC**<br><br>**Defendant.** | **JOINT STATUS REPORT** |

**COMES NOW** Plaintiff and Defendants, by and through Counsel, and pursuant to the Order entered by this Court on May 24, 2022, hereby submit this Status Report:

At present it appears that the Justice Court in Mississippi has taken no further action on the motions before it. Local counsel will inquire further of the Mississippi Court. Pursuant to this Court's order, the Parties will file another status report in 60 days, or January 17, 2022, or notify this Court within 10 days of the conclusion of the proceedings there.

**TODAY** is November 21, 2022.

| **COLLUM & PERRY** | **FROST ECHOLS, LLC** |
|---|---|
| */s/ M. Shane Perry*<br>M. Shane Perry<br>NC Bar Number: 35498<br>109 W. Statesville Ave.,<br>Mooresville, NC 28115<br>Telephone: 704-663-4187<br>Facsimile: 704-663-4178<br>shane@collumperry.com<br>*Attorney for Plaintiff* | */s/ David A. Grassi, Jr.*<br>David A. Grassi, Jr.<br>N.C. Bar No. 38191<br>P.O. Box 12645<br>Rock Hill, SC 29730<br>Phone: (803) 329-8970<br>david.grassi@frostechols.com<br>*Attorney for Defendants* |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No. 5:21-CV-102

**TIFFANY MICHELLE PAXTON**

                       **Plaintiff,**

v.                                   **JOINT STATUS REPORT**

**LVNV FUNDING, LLC, and JACOB LAW GROUP, PLLC**

                       **Defendant.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically via CM/ECF with the United States District Court, Western District of North Carolina, with notification being sent electronically to all counsel of record, including the following:

### COLLUM & PERRY

M. Shane Perry
109 W. Statesville Ave.
Mooresville, NC 28115
shane@collumperry.com
*Attorney for Plaintiff*

**TODAY** is November 21, 2022.

### FROST ECHOLS, LLC

By:    */s/ David A. Grassi, Jr.*
        David A. Grassi, Jr.
        N.C. Bar No. 38191
        P.O. Box 12645
        Rock Hill, SC 29730
        Phone: (803) 329-8970
        david.grassi@frostechols.com
        *Attorney for Defendants*