UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No. 5:21-CV-102

| | |
|---|---|
| **TIFFANY MICHELLE PAXTON**<br><br>**Plaintiff,**<br><br>v.<br><br>**LVNV FUNDING, LLC, and JACOB LAW GROUP, PLLC**<br><br>**Defendant.** | **JOINT STATUS REPORT** |

**COMES NOW** Plaintiff and Defendants, by and through Counsel, and pursuant to the Order entered by this Court on May 24, 2022, hereby submit this Status Report:

At present, the case in Mississippi has been inadvertently dismissed. The Plaintiff's local counsel in Mississippi has moved to reopen the case so that the original order can be set aside. It appears that the next available court date in Pascagoula upon which both sides can attend is June 8, 2023. At that hearing the court may set aside the previous Order. Pursuant to this Court's order, the Parties will file another status report in 60 days, or May 19, 2023, or notify this Court within 10 days of the conclusion of the proceedings in the District Court of Jackson County, Mississippi. **TODAY** is March 27, 2023.

| **COLLUM & PERRY** | **FROST ECHOLS, LLC** |
|---|---|
| */s/ M. Shane Perry*<br>M. Shane Perry<br>NC Bar Number: 35498<br>109 W. Statesville Ave.,<br>Mooresville, NC 28115<br>Telephone: 704-663-4187<br>Facsimile: 704-663-4178<br>shane@collumperry.com<br>*Attorney for Plaintiff* | */s/ David A. Grassi, Jr.*<br>David A. Grassi, Jr.<br>N.C. Bar No. 38191<br>P.O. Box 12645<br>Rock Hill, SC 29730<br>Phone: (803) 329-8970<br>david.grassi@frostechols.com<br>*Attorney for Defendants* |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
### Case No. 5:21-CV-102

| | |
|---|---|
| **TIFFANY MICHELLE PAXTON**<br><br>**Plaintiff,**<br><br>v.<br><br>**LVNV FUNDING, LLC, and JACOB LAW GROUP, PLLC**<br><br>**Defendant.** | **JOINT STATUS REPORT** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically via CM/ECF with the United States District Court, Western District of North Carolina, with notification being sent electronically to all counsel of record, including the following:

**FROST ECHOLS, LLC**

David A. Grassi, Jr.
P.O. Box 12645
Rock Hill, SC 29730
david.grassi@frostechols.com
*Attorney for Defendants*

**TODAY** is March 27, 2023.

**COLLUM & PERRY**

By: */s/ M. Shane Perry*
M. Shane Perry
NC Bar Number: 35498
109 W. Statesville Ave.,
Mooresville, NC 28115
Telephone: 704-663-4187
Facsimile: 704-663-4178
shane@collumperry.com
*Attorney for Plaintiff*