# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Tiffany Michelle Paxton**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:12-cv-00102-RLV |
| | ) | |
| vs. | ) | |
| | ) | |
| LVNV Funding, LLC**,** | ) | |
| Jacob Law Group, PLLC | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 5, 2024 Order.

February 5, 2024

*[signature]*

Katherine Hord Simon, Clerk
United States District Court